IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ADRIAN DESHUN DELK, | ) |
| | ) |
| v. | )   No.:   1:16-cv-01275-JDB-cgc |
| | ) |
| HARDEMAN COUNTY | ) |
| CORRECTIONAL FACILITY, ET AL. | ) |

**ORDER DENYING JOINT MOTION TO CONSOLIDATE DISCOVERY AND MEMORANDUM OF LAW IN SUPPORT**

Before the Court is the parties' Joint Motion to Consolidate Discovery. (Docket Entry 115.) The Court concludes that as opposed to consolidating discovery, the Parties may agree to utilize to the extent necessary, the discovery in the case of *Adrian Deshun Delk v. Thelma Bumphus, et al., Middle District of Tennessee Case no.: 1:19-cv-0081,* in the instant case, subject to any evidentiary or relevancy objections or any other appropriate objections. In this regard, the Court may then separately rule on what evidence is to be presented in the case pending before it.

Therefore, the Motion is DENIED.

IT IS SO ORDERED this 29th day of September 2020.

**s/ J. DANIEL BREEN**
United States District Judge